JAMES R. HAWKINS, Bar No. 192925
James@jameshawkinsaplc.com
CHRISTINA M. LUCIO, Bar No. 253677
Christina@jameshawkinsaplc.com
MITCHELL J. MURRAY, Bar No. 285691
mitchell@jameshawkinsaplc.com
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: 949.387.7200

Attorneys for Plaintiff
NICOLE WOODS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE WOODS, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLAZIN' WINGS, INC., a Minnesota Corporation, doing business as BUFFALO WILD WINGS GRILL & BAR; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:19-cv-04608-WHO<br>[Removed from Case No. HG19018687]<br><br>District Judge:    Hon. William H. Orrick<br><br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**<br><br><br>Complaint Filed:  August 8, 2019 |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nicole Woods ("Plaintiff") and Defendant Blazin' Wings, Inc., a Minnesota Corporation, doing business as Buffalo Wild Wings Grill & Bar ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate that the above-captioned action be dismissed, without prejudice, in accordance with the terms of the Parties' confidential settlement agreement ("Agreement") as follows:

1.    Plaintiff agrees to the voluntary dismissal without prejudice as to all claims and causes of action against Defendant.

2.    The Agreement does not represent a compromise of the claims asserted by Plaintiff under PAGA and none of the consideration paid by Defendant has been allocated to the PAGA claims. Rather, Plaintiff no longer wishes to pursue the PAGA claims that she asserted in her complaint.

3.    The Agreement and this Stipulation are not intended to compromise the rights of any employees of Defendant, except Plaintiff.

4.    The Parties shall bear their own fees and costs except as otherwise stated in the Agreement.

Dated: December 18, 2020        **JAMES HAWKINS APLC**

By:    /s/ Mitchell J. Murray
Mitchell J. Murray

Attorneys for Plaintiff
NICOLE WOODS

Dated: December 18, 2020        **LITTLER MENDELSON, P.C.**

By:    /s/ Noah J. Woods
Noah J. Woods

Attorneys for Defendant
BLAZIN WINGS, INC.

**FILER ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 18, 2020        /s/ Mitchell J. Murray
Mitchell J. Murray

2

1

## ORDER

2      The matter came before the Court on a Stipulation of Voluntary Dismissal filed

3  by Plaintiff Nicole Woods and Defendant Blazin' Wings, Inc. Good cause appearing,

4  the Court GRANTS the Stipulation and dismisses without prejudice this action in its

5  entirety. Each party will bear its/her own attorneys' fees and costs except as otherwise

6  stated in the Agreement.

7

8      **IT IS SO ORDERED**.

9

10  Dated:  December 23, 2020                    _____

11                                              Hon. William H. Orrick
                                                United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28